IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: FAO INC. Securities Litigation<br><br>STEPHEN HILL, et al.<br><br>    v.<br><br>JERRY R. WELCH, et al. | CIVIL ACTION<br><br>NO.  03-6596 |
|---|---|

### ORDER

And NOW, this 23rd day of October 2015, for the reasons stated in the foregoing memorandum, upon consideration of Lead Plaintiff's Motion for an Order Directing *Cy Pres* Distribution of Residual Settlement Funds, it is hereby **ORDERED** that:

1. Said Motion is **GRANTED;**

2. Plaintiff's counsel shall distribute the remaining settlement funds in the amount of $2,305.45 to Community Legal Services of Philadelphia within thirty (30) days of the docketing of this Order.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\Steve.2015\03-cv-6596 Hill v. Welch (Cy Pres)\03cv6596.2015.10.23.order.doc